

Entered on Docket
September 22, 2009

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

---

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
bk@wildelaw.com

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. Bank National Association, as Trustee for CMLTI 2007-WFHE1
09-72603 / 0156377251

## UNITED STATES BANKRUPTCY COURT

## SOUHERN DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | 09-11964-mkn |
| William J. Hayes and Micheline P. Hayes | Chapter 13 |
| Debtors. | |

**ORDER VACATING AUTOMATIC STAY**

Pursuant to the Declaration re Breach of Condition filed on August 27, 2009 and Debtors failure to cure the default prior to its expiration, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to Secured Creditor, U.S. Bank National Association, as Trustee for CMLTI 2007-WFHE1 its assignees and/or successors in interest, and Secured Creditor may proceed with a foreclosure of and hold a Trustee's Sale of the subject property, generally described as 3026 San Niccolo Court , North Las Vegas NV and legally described as follows:

LOT 15 OF CORTONA – PHASE 2, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 124 OF PLATS,
PAGE 7, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA

pursuant to applicable State Laws, and thereafter commence any action necessary to obtain complete possession of the subject property.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

DATED this _____ day of _____, 2009.

Submitted by:
Wilde & Associates
    /s/ Gregory L Wilde
By_____
    **GREGORY L. WILDE, ESQ.**
    Attorney for Secured Creditor